IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE WASHINGTON CRUTE, )
    Petitioner, )
     )
    v. )  Civil Action No. 09-498
     )  (Criminal No. 05-100)
UNITED STATES OF AMERICA,)
    Respondent. )

## ORDER

AND NOW, this 27th day of April, 2009, the Court, having received petitioner's motion to vacate [document #71 at Criminal No. 05-100], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before May 18, 2009.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before June 1, 2009.

                        BY THE COURT:

                        s/Gary L. Lancaster    , J.
                        Hon. Gary L. Lancaster,
                        United States District Judge

cc:  George Washington Crute, #08415-068
     FCI-Loretto
     P.O. Box 1000
     Loretto, PA 15940

     Ross E. Lenhardt,
     Assistant United States Attorney