IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-100 |
| ) | Related to 09-0498 |
| GEORGE WASHINGTON CRUTE ) | |

## ORDER OF COURT

AND NOW, this 16TH day of June, 2009, upon consideration of Government's Motion to Extend Deadline for Filing Government's Response to Defendant's Motion to Vacate, set aside, or correct sentence by a person in federal custody under Title 28, United States Code, Section 2255, IT IS HEREBY ORDERED that the Government shall file its Response to Defendant's Motion to Vacate, Under Title 28, United States Code, Section 2255, by July 16, 2009. Any reply to the government's response shall be filed by August 5, 2009.

*Gary L. Lancaster*
GARY L. LANCASTER
United States District Judge

cc: Ross E. Lenhardt, AUSA
George Washington Crute, Defendant