```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE WASHINGTON CRUTE,  )
      Petitioner,         )
                          )
           v.             )   Civil Action No. 09-498
                          )    (Criminal No. 05-100)
UNITED STATES OF AMERICA, )
      Respondent.         )
```

ORDER

AND NOW, this 27th day of July, 2009, the Court, having received petitioner's motion for enlargement of time to file reply to the government's response [document #79 at Criminal No. 05-100], IT IS HEREBY ORDERED that the motion is GRANTED.  Petitioner shall have until August 28, 2009 to reply to the government's response to his motion to vacate.  **NO FURTHER EXTENSION WILL BE GRANTED**.


                              BY THE COURT:


                              s/Gary L. Lancaster         , J.
                              Hon. Gary L. Lancaster,
                              United States District Judge


 cc:    George Washington Crute, #08415-068
        FCI-Loretto
        P.O. Box 1000
        Loretto, PA 15940

        Ross E. Lenhardt,
        Assistant United States Attorney