IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE WASHINGTON CRUTE, III )
            Petitioner,       )
                              )
                    v.        )    Civil Action No. 09-0498
                              )    (Criminal No. 05-100)
    UNITED STATES OF AMERICA, )
            Respondent.       )

ORDER

AND NOW, this 22 1d day of December, 2009, IT IS HEREBY

ORDERED that an evidentiary hearing on petitioner's motion to

vacate [Doc. No. 71] will be held before the undersigned on

February 26, 2010 at 9:30 a.m. in Courtroom #3A, 3rd floor, U.S.

Courthouse, 7th Avenue and Grant Street, Pittsburgh,

Pennsylvania.

IT IS FURTHER ORDERED that the United States Marshal

and the Superintendent of the Federal Prison Camp at Loretto,

Pennsylvania, have George Washington Crute, #08415-068, present

before the undersigned on that date for said evidentiary hearing

and that upon completion of the same, he shall be returned to the

custody of the Superintended of the Federal Prison Camp at

Loretto, Pennsylvania.

BY THE COURT,

_____, J.

cc:   All Counsel of Record

      United States Marshal