IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
           V.                 ) Case No.  05-100
                              ) Civil Case No. 09-498
                              )
GEORGE W. CRUTE III           )

## **ORDER OF COURT**

Upon consideration of Defendant George W. Crute III's Unopposed Motion to Continue Evidentiary Hearing, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the evidentiary hearing, presently scheduled for Friday, June 11, 2010 at 9:30 a.m., is continued.

The extension of time caused by this continuance is excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(A), since, for the reasons stated in Defendant's Motion, the failure to grant such continuance would unreasonably deny counsel for the Defendant reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that the evidentiary hearing, presently scheduled for Friday, June 11, 2010 at 9:30 a.m., is continued until **Friday, October 22, 2010 at 9:30 a.m.**.


                     s/Gary L. Lancaster

Date:  May 26, 2010          _____
                     Gary L. Lancaster
                     Chief United States District Judge