IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-100 |
| v. | ) | (Civil Action No. 09-498) |
| | ) | |
| GEORGE WASHINGTON CRUTE | ) | |

ORDER

AND NOW, this 3rd day of June, 2010, in consideration of the within Government's Motion to Reschedule Evidentiary Hearing, it is hereby ORDERED that said motion is GRANTED.

The Court finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. The reasons include those in the motion.

The hearing is hereby rescheduled for <u>Friday, December</u> 17 2010, at <u>9:30 a.m</u>..

_____
GARY L. LANCASTER
Chief United States District Judge

cc: All Counsel