IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE WASHINGTON CRUTE, Petitioner, | ) ) ) |
| v. | ) ) ) Criminal No. 05-100 ) (Civil Action No. 09-498) |
| UNITED STATES OF AMERICA, Respondent. | ) ) ) |

## ORDER

AND NOW, this 31st day of May, 2011, for the reasons stated in the Memorandum and Order denying petitioner's motion to vacate, set aside, or correct sentence [document #124], IT IS HEREBY ORDERED THAT a certificate of appealability is DENIED.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record